UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHNNY ALBERT REAGAN, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) No. 3:07-cv-199 |
| | ) *Phillips* |
| | ) |
| GOVERNOR PHIL BREDESEN, | ) |
| | ) |
| *Defendant*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendant's motion to dismiss is **GRANTED** and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

                 s/ Thomas W. Phillips
                 United States District Judge

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
  CLERK OF COURT